### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| ANGIE BARNES,                      ) | |
|     Plaintiff,                      ) | |
| ) | |
| v.                                         ) | Case No: 1:14-cv-1957-KOB-TMP |
| ) | |
| SUPERIOR RESORTS INTERNATIONAL, ) | |
| LLC, et al.                            ) | |
|     Defendants.                ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 26, 2015 (doc. 33), recommending that this court grant in part and deny in part the defendant Superior Resorts' Motion to Strike (doc. 25) and deny its Motion to Dismiss, or in the alternative, Motion for Summary Judgment (doc. 14).  No party has filed any objections.

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation.  The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation to grant in part and deny in part the Motion to Strike (doc. 25) and deny the Motion to Dismiss (doc. 14).  The court finds that, for all of the reasons stated in the magistrate judge's report, the Motion to Dismiss is due to be denied, such that this case will proceed.

Per Document 34, this case remains assigned to Magistrate Judge Putnam for supervision of discovery and subsequent proceedings.  The court DIRECTS the court to return this case to the Magistrate Judge for further proceedings.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 29th day of July, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE