FILED
2015 Jul-29  PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| ANGIE BARNES, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:14-cv-1957-KOB-TMP |
| | ) |
| SUPERIOR RESORTS INTERNATIONAL, LLC, et al. | ) |
|     Defendants. | ) |

### ORDER

In accordance with the Memorandum of Opinion entered contemporaneously with this Order and with Rule 58, FED. R. CIV. P., the court GRANTS IN PART and DENIES IN PART the defendant Superior Resorts' Motion to Strike (doc. 25) and DENIES the defendant Superior Resorts' Motion to Dismiss, or in the alternative, Motion for Summary Judgment (Doc. 14).

The court DIRECTS the Clerk to return this case to the Magistrate Judge for further proceedings.

DONE and ORDERED this 29th day of July, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE